391 A.2d 1066

**PENNSYLVANIA PUBLIC UTILITY COMMISSION, Appellee,**

v.

**William B. TENNY, Shirley Tenny, and Hampden Water Company, Appellants.**

Supreme Court of Pennsylvania.

Argued May 22, 1978.

Decided Oct. 5, 1978.

William B. Tenny, in pro. per.

Kathleen Herzog Larkin, Chief Counsel, Wm. T. Hawke, Harrisburg, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## ORDER

PER CURIAM:

Decree affirmed. Each party to pay own costs.